FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 17 2009 ★
BROOKLYN OFFICE

Docket & File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GLOBALTEX GROUP, LTD.,

          Plaintiff,

-against-

TRENDS SPORTSWEAR, LTD., PRETTY GIRL, INC., ALBERT NIGRI,

          Defendants.

Civil Action No. 09 CV 0235 (JBW)(JMA)

ORDER

Azrack, M.J.

After a conference, with counsel for both parties appearing, defendants are directed to produce to plaintiff's counsel all documents responsive to plaintiff's discovery requests that are in its possession or in the possession of those third-parties and agents in defendants' control. Such production shall be made on or before November 20, 2009.

It is so ordered.

New York, New York
November 12, 2009

                                                      s/Joan M. Azrack
                                                      Joan M. Azrack, U.S.M.J