Exhibit C

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 17 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

GLOBALTEX GROUP LTD.,

        Plaintiff,

- against -

TRENDS SPORTSWEAR LTD,
PRETTY GIRL, INC, AND
ALBERT NIGRI

        Defendants.

---------------------------------------------------------- X

09 CV 0235 (JBW)(JMA)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the above-referenced parties as follows:

    1.    This action is hereby discontinued with prejudice without costs to either party.

Dated: February 25, 2011

Ballon Stoll Bader & Nadler, P.C.

_[signature]_

Vano I. Haroutunian, Esq.
Attorneys for Defendants
729 Seventh Avenue
New York, New York 10019
(212) 575-7900

The Silber Law Firm, LLC

_[signature]_

Meyer Y. Silber, Esq.
Attorneys for Plaintiff
233 Broadway, Suite 900
New York, New York 10007
(212) 765-4567

Page 11 of 12

_Close the case_
_JMA 3/2/11_